CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 21 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| MARK TODD SHOWALTER, ) | |
| Plaintiff, ) | Civil Action No. 7:05-cv-00700 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DIRECTOR, VIRGINIA ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| et al., ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Showalter's motion to proceed in forma pauperis is **DENIED**, his complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER:** This 21st day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE